Petitioner's Application to File Amended Petition for Allowance of Appeal is **DENIED.**

■

**Gregory DUNBAR, Appellant**

v.

**Jeffrey BEARD, Secretary for the Department of Corrections, Appellee.**

Supreme Court of Pennsylvania.

Feb. 19, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of February, 2008, the Order of the Commonwealth Court is hereby **AFFIRMED.**

■

**Glue WILKINS, Appellant**

v.

**Zygmont A. PINES, Esq., Court Administrator of Pennsylvania, Supreme Court of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Feb. 19, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of February, 2008, the Order of the Commonwealth Court is AFFIRMED.

■

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Henry CLARK, Respondent.**

Supreme Court of Pennsylvania.

Feb. 27, 2008.

### ORDER

PER CURIAM.

AND NOW, this 27th day of February, 2008, the Petition for Allowance of Appeal is hereby **GRANTED,** the order of the Superior Court is **VACATED,** and the case **REMANDED** to the trial court for reinstatement of the jury's verdict. *See Commonwealth v. Ratsamy,* 934 A.2d 1233 (Pa.2007).

Jurisdiction relinquished.

### COMMONWEALTH of Pennsylvania, Petitioner

v.

### Lamarr SISTRUNK, Respondent.

Supreme Court of Pennsylvania.

Feb. 27, 2008.

### ORDER

PER CURIAM.

AND NOW, this 27th day of February, 2008, the Petition for Allowance of Appeal is hereby **GRANTED,** the order of the Superior Court is **VACATED,** and the case **REMANDED** to the trial court for reinstatement of the jury's verdict. *See Commonwealth v. Ratsamy,* 934 A.2d 1233 (Pa.2007).

Jurisdiction relinquished.

### Annette K. SCHWARTZ and Joseph Schwartz, h/w, Petitioners

v.

### Selena GRIFFIN and Lisa Ann Bannister a/k/a Lisa Ann Bannister–Johnson a/k/a Lisa Ann Johnson, Respondents.

No. 90 EM 2006.

Supreme Court of Pennsylvania.

Feb. 27, 2008.

### ORDER

PER CURIAM.

AND NOW, this 27th day of February, 2008, the Application for Relief and the Application for Relief Under Rule Pa. R.A.P. 123 to Docket and Determine this Matter as a Petition for Allowance of Appeal are **DENIED.**